UNITED STATES COURT OF APPEALS
SIXTH CIRCUIT
100 E. 5TH STREET, ROOM 424
CINCINNATI, OH 45202

| | | |
|---|---|---|
| COAL POWER CORP. | ) | |
| *PETITIONER* | ) | |
| | ) | OWCP NO: xxx-xx-1432 LM C |
| v. | ) | CASE NOS:   2011-BLA-6161 |
| | ) |               2012-BLA-5230 |
| | ) | BRB NOS:     15-0118BLA |
| | ) |               15-0119BLA |
| CHRISTINE COMBS, widow of | ) | |
| RONALD COMBS, and Christine Combs | ) | |
| o/b/o Estate of Ronald Lee Combs | ) | |
| *RESPONDENT* | ) | |
| | ) | |
| and | ) | DATE:  February 14, 2017 |
| | ) | |
| DIRECTOR, OFFICE OF WORKERS' | ) | |
| COMPENSATON PROGRAMS | ) | |
| *PARTY IN INTEREST* | ) | |

MOTION FOR ATTORNEY FEE BEFORE THE
SIXTH CIRCUIT COURT OF APPEALS

Comes Hon. James D. Holliday, Claimant's counsel, pursuant to 20 C.F.R. §725.366 and hereby moves the Administrative Law Judge to award an attorney's fee in the amount of $1,425.00 for services rendered in connection with the above-styled claim.

(a)     NATURE, SCOPE, AND QUALITY OF THE ATTORNEY'S SERVICES

The nature of the attorney's services was defined by the client, Christine Combs. It was her desire to present the best possible evidence and secure an award for federal black lung benefits in the L.M. claim and survivor's benefits.

(b)     NECESSARY WORK DONE

All work performed by counsel was necessary to achieve successful results. Intense preparation is required to properly present a case and counsel is in the habit of preparing his cases properly. Counsel would note that he began expending time and money on this case beginning on January 23, 2014.

Attached hereto is a detailed statement of services rendered on behalf of Mrs. Combs entitled Step Sheet - Action Taken Before the Sixth Circuit Court of Appeals.

(c)     LEVEL AT WHICH REPRESENTATIVE ENTERED PROCEEDINGS-

Counsel states that he entered his appearance at the Administrative Law Judge Level and prepared the case for Hearing, which included developing additional evidence. A Formal Hearing was held on April 23, 2014 and on December 10, 2014, Judge Sellers issued a Proposed Decision and Order Awarding Benefits in the Miner's Claim and in the Survivor' Claim. The Employer filed an appeal with the Benefits Review Board. On February 10, 2016, the Benefits Review Board issued a Decision and Order Affirming Benefits. The appeal that was taken at the Sixth Circuit level was ruled untimely and the award is now final.

Counsel now files his fee petition for services performed before the Sixth Circuit Court of Appeals.

(d)     LEVEL OF SKILL AND COMPETENCE REQUIRED OF THE ATTORNEY IN RENDERING THE SERVICES

Claimant's attorney, James D. Holliday, is licensed by the Commonwealth of Kentucky and has been so licensed since 1977. Counsel is a member of the Perry County Bar Association (past President 1989-93), a member of the Kentucky Bar Association (House of Delegates, six year term), and a member of the American Bar Association. Counsel has been admitted to practice

before the Sixth Circuit Court of Appeals and has argued cases therein.

    (e) UNDERLINE EXPERIENCE AND SKILL LEVEL OF THE ATTORNEY

    This attorney has been practicing law thirty nine (39) years.  The vast majority of his practice has been in the areas of Workers' Compensation, Social Security Disability, Personal Injury and Federal Black Lung.  Counsel has practiced these cases on a daily basis and has kept himself abreast of the law therein.  Counsel has appeared before Administrative Law Judges hundreds of times and has tried hundreds of these cases to a conclusion.  Counsel has appealed cases to the Benefits Review Board and to the Sixth Circuit Court of Appeals.  Counsel has also appeared before the Sixth Circuit Court for oral argument on several occasions.

    (f) RESULTS ACHIEVED

    The case has been successful at the Administrative Law Judge level and affirmed by the Benefits Review Board.  The appeal at the Sixth Circuit was ruled to be untimely and was dismissed.  The widow shall receive back pay and monthly benefits for the remainder of her unmarried life.

    (g) CUSTOMARY BILLING RATE AND LEVEL OF PROCEEDINGS

    Counsel states that his fees are contingent upon winning and the only hourly fees are federal black lung claims.  Counsel's Social Security fee is capped at $6000.00.  This represents a $700.00 raise effective June, 2009.  The number of hours customarily involved in such a case renders the effective hourly rate of $300.00 to 400.00 per hour.  Workers' Compensation fees now average $5,000.00, with a cap of $12,000.00 per case and produce an effective hourly rate of $300.00 to $500.00 per hour.  Personal Injury cases can produce a much higher hourly rate.

    Counsel states that his customary billing rate for federal cases practiced at this level is has

been $300.00 per hour since 2009. This hourly rate has been approved multiple times before the Offices of the Administrative Law Judges, the Benefits Review Board and the Sixth Circuit Court of Appeals and Department of Labor. (See *E.B. v. Golden Oak Mining Company, Inc*., 2004-BLA-05694, Dec. 15, 2009; *H.D v. McCoy Coal Co*., 2008-BLA-05588, May 6, 2010; *P.C and P.A.C. widow v. Shamrock Coal Co., Inc*.; 2007-BLA-6040 and 6042, May 6, 2010; *R.C. v. Whitaker Coal Corp*.,2003-BLA-05208, May 3, 2010); *M.F. v. Lee mike Coal Co*., 2010-0204-BLA Feb. 25, 2011; *ECM v. Manalapan Mining Co.,* 10-0278 BLA, March 4, 2011; *PAC v. Shamrock Coal Co*., BRB NO 10-0294 BLA-A, 10-0320 BLA and 10-0320 BLA-A, May 24, 2011; *H.D.H. v Perry County Coal Co.*, BRB No. 09-541 BLA, July 7, 2011; *PA v. Arch on the North Fork*, 2011-BLA-5822, Oct. 24, 2011) for examples.

Counsel states that based on his lengthy experience and the prior attorney fee award and the rates charged by comparable attorneys in the geological area (Joe Wolfe charges $400.00 per hour and is located in Virginia which is in the Appalachian area), $300.00 per hour is justified in this case. *B&G Mining, Inc. v Director, OWCP (Bentley),* 522 F.3d 657, Case No. 06-0304 BLA (6th Cir. April 16, 2008).

(h) EXPENSES

Counsel states that he has no expenses at this level. All copy charges, phone bills and postage have been incorporated in the hourly rate.

(i) COMPLEXITY OF ISSUES

In a Part 718 claim, the issues of pneumoconiosis, causal relationship, and total disability due to pneumoconiosis are at stake. The issues in these cases are complex and require skill and understanding to properly litigate. Counsel must be aware of the medical literature and have

obtained copies of the various medical journal articles. In addition, counsel must know the law of the appropriate Circuit to prevail in a particular case. Counsel has been admitted to the Sixth Circuit and Fourth Circuit Courts of Appeal. Counsel must also keep himself abreast of any changes in the federal regulations.

Counsel states that every case requires special ability and knowledge of the law and if they are not properly litigated, they will not be approved.

WHEREFORE, counsel prays that the District Director approve the motion for attorney fee in the amount of $1,425.00.

Respectfully submitted,

_____

JAMES D. HOLLIDAY
COUNSEL FOR CHRISTINE COMBS,
Widow of RONALD COMBS, and
CHRISTINE COMBS o/b/o Estate of
Ronald Lee Combs
Post Office Box 29
Hazard, KY 41702-0029
Phone: (606) 439-2600

CERTIFICATE:

This is to certify that the foregoing Motion was served via United States mail upon the parties thereof to:

Mrs. Christine Combs
8 Arrowwood Drivve
Happy, Kentucky 41746

H. Brett Stonecipher, Esq.
Fogle Keller Purdy PLLC
300 E. Main Street, Suite 400
Lexington, Kentucky 40507

Helen H. Cox
U.S. Department of Labor
Office of the Solicitor
200 Constitution Avenue, N.W., Ste. N-2119
Washington, DC 20210

Gary K. Stearman
U.S. Department of Labor – SOL/BLLS
200 Constitution Avenue, N.W., Ste. N-2119
Washington, DC 20210

This the 14th day of February, 2017.

_____
JAMES D. HOLLIDAY

UNITED STATES COURT OF APPEALS
SIXTH CIRCUIT
100 E. 5TH STREET, ROOM 424
CINCINNATI, OH 45202

COAL POWER CORP. )
  *PETITIONER* )
    ) OWCP NO: xxx-xx-1432 LM C
v. ) CASE NOS: 2011-BLA-6161
 )   2012-BLA-5230
 ) BRB NOS: 15-0118BLA
 )   15-0119BLA
CHRISTINE COMBS, widow of )
RONALD COMBS, and Christine Combs )
o/b/o Estate of Ronald Lee Combs )
  *RESPONDENT* )
 )
and ) DATE:  February 14, 2017
 )
DIRECTOR, OFFICE OF WORKERS' )
COMPENSATON PROGRAMS )
  *PARTY IN INTEREST* )

---

STEP SHEET – ACTION TAKEN BEFORE THE
SIXTH CIRCUIT COURT OF APPEALS

---

(R&R- Receipt and review)

The Sixth Circuit has upheld the use of the "quarter hour" billing method. *B&G Mining, Inc. v. Director, OWCP,* 522 F.3d 657 (6th Cir. 2008)

| | | |
|---|---|---|
| 04/13/16 | R&R of Employer's Petition for Review | .25 |
| 04/14/16 | R&R of electronic briefing schedule; downloaded to file; preparation of interoffice e-mail to Paralegal | .50 |
| 04/18/16 | R&R of Appearance of Counsel for Director, OWCP by Helen Cox | .25 |
| 04/19/16 | Preparation of letter to Christine Combs re: informed Claimant that employer had filed appeal at Sixth Circuit; advised that this filing was electronic and that we would keep her advised; advised approximately how long this process would normally take; advised | |

|            |                                                                                                                          |      |
|------------|--------------------------------------------------------------------------------------------------------------------------|------|
|            | that she would continue to draw monthly benefits                                                                         | .50  |
| 04/26/16   | Preparation of Appearance of Counsel                                                                                      | .25  |
| 04/26/16   | R&R of Order from Sixth Circuit Clerk re: Employer's Petition for review untimely; ordered to show cause why its petition should not be dismissed | .25  |
| 04/26/16   | R&R OWCP of letter from Sixth Circuit Court of Appeals to all Counsel re: briefing to be held in abeyance pending resolution of show cause order | .25  |
| 05/03/16   | R&R of Response to Show Cause Order by Petitioner                                                                         | .50  |
| 05/04/16   | R&R of Appearance of Counsel for Coal Power by Brett Stonecipher                                                          | .25  |
| 05/10/16   | R&R of Appearance of Counsel for Director, OWCP by Gary K. Stearman                                                       | .25  |
| 05/11/16   | R&R of Disclosure of Corporate Affiliations and Financial Interest by Counsel for Petitioner                             | .25  |
| 05/31/16   | R&R of certified case record from Benefits Review Board to Clerk of U.S. Sixth Circuit of Appeals                        | .25  |
| 07/29/16   | R&R of CD with medical evidence from Counsel for Petitioner; note to Paralegal                                           | .50  |
| 08/12/16   | R&R of Order from United States Sixth Circuit of Appeals re: Petition for Review by Petitioner dismissed as untimely; phone conference with Claimant; note to Paralegal | .50  |

TOTAL TIME EXPENDED                                              4.75