Case No. 16-3371

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

COAL POWER CORPORATION

    Petitioner

v.

CHRISTINE COMBS, o/b/o and widow of Ronald Lee Combs;
DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS

    Respondents

BEFORE:  SUHRHEINRICH, DAUGHTREY, and ROGERS, Circuit Judges.

  Upon consideration of the respondent, Christine Combs' motion for attorney fees,

  It is therefore **ORDERED** that the motion be and it hereby is **DENIED**.

                                        **ENTERED BY ORDER OF THE COURT**
                                        Deborah S. Hunt, Clerk

Issued: February 24, 2017